No. 1315. NEVIUS *v.* OHIO. June 2, 1947. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Paul M. Herbert, Robert E. Teaford* and *Frank L. Nevius* for petitioner. *Simon L. Leis, Homer C. Corry* and *Stewart L. Tatum* for respondent.

No. 748. CRUSE *v.* RAGEN, WARDEN. June 2, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied. Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 777. CANNADY *v.* RAGEN, WARDEN. June 2, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied. Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 956. STORY *v.* HUNTER, WARDEN. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington* and *Robert S. Erdahl* for respondent.

No. 1109. UNITED STATES EX REL. BISHOP *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Charles Edwin Wallington* for petitioner. *Acting Solici-*

840

*tor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 1111. SETSER *v.* WELCH, SUPERINTENDENT. June 2, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 1112. CALHOUN *v.* NIERSTHEIMER, WARDEN. June 2, 1947. Petition for writ of certiorari to the Circuit Court of St. Clair County, Illinois, denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 1177. HIGGINS *v.* UNITED STATES. June 2, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *James J. Laughlin* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1238. MURPHY *v.* WISCONSIN. June 2, 1947. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

No. 1287. BLACKWELL *v.* NEW YORK. June 2, 1947. Petition for writ of certiorari to the County Court of Albany County, New York, denied.